UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK KNIERIEM,

        Plaintiff,

v.

CATALYST BIOSCIENCES, INC., et al.,

        Defendants.

Case No. 23-cv-01913-JD

**ORDER TO SHOW CAUSE**

Plaintiff Frank Knieriem filed a complaint alleging violations of the federal securities laws on April 21, 2023. Dkt. No. 1. The docket does not indicate that any defendant has been served, and counsel for Knieriem did not appear at the initial case management conference set for July 20, 2023. Dkt. No. 5. The absence was not excused.

Knieriem is ordered to show cause in writing by August 7, 2023, why the case should not be dismissed under Federal Rule of Civil Procedure 4(m) for failure to serve, or Rule 41(b) for failure to prosecute. A failure to meet this deadline will result in a dismissal without prejudice.

**IT IS SO ORDERED.**

Dated: July 24, 2023

JAMES DONATO
United States District Judge