David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK KNIERIEM, <br><br> Plaintiff, <br><br> -against- <br><br> CATALYST BIOSCIENCES, INC., NASSIM USMAN, AUGUSTINE LAWLOR, YING LUO, THOMAS EASTLING, and ANDREA HUNT, <br><br> Defendants. | Case No.  3:23-cv-01913-JD <br><br> **NOTICE OF DISMISSAL** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

| | |
|---|---|
| DATED: July 24, 2023 | Respectfully Submitted, |
| **OF COUNSEL** | **MONTEVERDE & ASSOCIATES PC** |
| **MONTEVERDE & ASSOCIATES PC** <br> Juan E. Monteverde <br> Rossella Scarpa <br> The Empire State Building <br> 350 Fifth Avenue, Suite 4405 <br> New York, NY 10118 | */s/ David E. Bower* <br> David E. Bower SBN 119546 <br> 600 Corporate Pointe, Suite 1170 <br> Culver City, CA 90230 <br> Tel: (213) 446-6652 <br> Fax: (212) 202-7880 |

COMPLAINT FOR VIOLATIONS OF THE SECURITIES EXCHANGE ACT OF 1934

| | |
|---|---|
| Tel: (212) 971-1341 | Email:  dbower@monteverdelaw.com |
| Fax: (212) 202-7880 | |
| Email: jmonteverde@monteverdelaw.com | *Counsel for Plaintiff* |
| rscarpa@monteverdelaw.com | |

2

COMPLAINT FOR VIOLATIONS OF THE SECURITIES EXCHANGE ACT OF 1934